In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00018-CR

                                                ______________________________

 

 

                                PAUL ROSS KUYKENDALL,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the Sixth
Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 23,012

 

                                                         
                                         

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Paul Ross
Kuykendall has filed a notice of appeal from the revocation of his community
supervision.  We have now received the
certification of Kuykendall’s right of appeal as required by Rule 25.2 of the
Texas Rules of Appellate Procedure.  See Tex.
R. App. P. 25.2.  That
certification states that Kuykendall waived his right of appeal.

            Unless
a certification, showing that a defendant has the right of appeal, is in the
record, we must dismiss the appeal.  See Tex.
R. App. P. 25.2(d).  Because the
trial court’s certification affirmatively shows that Kuykendall has waived his
right of appeal, and because the record before us does not reflect that the
certification is incorrect, see Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the
appeal.

            We dismiss
the appeal for want of jurisdiction and overrule Kuykendall’s motion for
appointment of counsel.

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          February
26, 2010

Date Decided:             March
1, 2010

 

Do Not Publish